**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| LEI KE, | : | No. 454 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JOHN FRY, JENNIFER HAMILTON, AMY | : | |
| FUCHS, SAMUEL PARRISH, RICHARD | : | |
| HOMAN, MARIANNE SAHAR (ON | : | |
| BEHALF OF ANTHONY SAHAR, | : | |
| DECEASED), JOHN DALTON, JOSEPH | : | |
| SALOMONE, BARBARA SCHINDLER, | : | |
| EUGENE HONG AND JOHN | : | |
| GYLLENHAMMER, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2018, the Application to File an Addendum, which was docketed on October 9, 2017, be GRANTED, and the Applications to File an Addendum, Motions for Leave to File a Response, and the Petition for Allowance of Appeal be DENIED.